IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY,<br><br>    Petitioner,<br><br>  v.<br><br>GRANITE STATE INSURANCE<br>COMPANY, et al.<br><br>    Respondents.<br>_____/ | No. C 06-4500 SC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Clearwater Insurance Company v. Granite State Insurance Company, et al.*, Case No. 06-4472 SI.

    **IT IS SO ORDERED.**

Dated: September 14, 2006

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE