Robin D. Craig, Esq. (State Bar No. 130935)
CRAIG & WINKELMAN LLP
2150 Shattuck Avenue, Suite 1220
Berkeley, California 94704
Telephone: (510) 549-3330
Facsimile: (510) 217-5894

Ira Belcove, Esq. (*Pro hac vice*)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison St., Suite 1800
Chicago, Illinois 60602
Telephone: (312) 696-4483
Facsimile: (312) 444-9843

Counsel for Petitioner
CLEARWATER INSURANCE COMPANY

Linda Dakin-Grimm, Esq. (State Bar No. 119630)
Michael Haravon, Esq. (State Bar No. 236983)
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Counsel for Respondents GRANITE STATE
INSURANCE COMPANY, NEW HAMPSHIRE
INSURANCE COMPANY and THE INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARWATER INSURANCE COMPANY,<br><br>Petitioner,<br><br>vs.<br><br>GRANITE STATE INSURANCE COMPANY, NEW HAMPSHIRE INSURANCE COMPANY, and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Respondents. | Case Nos: C06 4472 (SI)<br>C06 4500 (SI)<br>C06 4501 (SI)<br>C06 4502 (SI)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: October 27, 2006<br>Time: 2:00 p.m.<br>Dept: Courtroom 10<br>Hon. Susan Illston |

1   The parties in the above-entitled actions jointly submit this Case Management Statement
2   and request to vacate or continue the Case Management Conference in this case, as further set
3   forth below.

4   The four petitions to compel arbitration, referenced above, arise out of a series of disputes
5   between Clearwater Insurance Company ("Petitioner") and Granite State Insurance Company,
6   New Hampshire Insurance Company and The Insurance Company of the State of Pennsylvania
7   (collectively "Respondents") pursuant to arbitration clauses in four reinsurance agreements.

8   Both Petitioner and Respondents agree that, under the terms of the four reinsurance
9   agreements, their pending disputes are subject to arbitration in accordance with the Federal
10  Arbitration Act, 9 U.S.C. Section 4. By these petitions, Petitioner sought an order compelling the
11  appointment of a third arbitrator under the procedure set forth in the reinsurance agreements at
12  issue. Respondents opposed the Petitions on procedural grounds, but does not contend that the
13  underlying disputes are subject to arbitration.

14  The Petitions came on regularly for hearing on September 29, 2006, and the Court's order
15  was filed on October 2, 2006, directing the parties to exchange slates of third arbitrator
16  candidates, in accordance with the procedures set forth in the agreements, by November 1, 2006.
17  *10/02/06 Order, p. 5:1-6.*

18  In the meantime, a Case Management Conference has been scheduled in all four cases for
19  October 27, 2006. The parties have not filed a Stipulation and Proposed Order selecting an
20  ADR process, or exchanged initial disclosures under Rule 26(f) of the Federal Rules of Civil
21  Procedure, or developed a proposed discovery plan or trial schedule, because none of these
22  procedural mechanisms will apply to this dispute. Instead, due to the nature and limited scope of
23  the relief sought by these Petitions, the parties hereby jointly request that Court vacate the
24  scheduled Case Management Conference, or continue the Case Management Conference until
25  after the parties have proceeded with the exchange of arbitrator candidate slates under the
26  schedule set forth in the Court's October 2, 2006 Order.
27  ///
28  ///

Craig & Winkelman LLP

| | |
|---|---|
| DATED: 10/05/06 | Respectfully submitted,<br>CRAIG & WINKELMAN LLP<br><br>By: /s/ Robin Craig<br>Robin D. Craig, Esq.<br>Counsel for Petitioner CLEARWATER INSURANCE COMPANY |

Of Behalf of Counsel *pro hac vice*:
Ira J. Belcove, Esq.
Butler, Rubin, Saltarelli & Boyd
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

| | |
|---|---|
| DATED: 10/05/2006 | MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By: /s/ Michael Haravon<br>Michael Haravon, Esq.<br>Counsel for Respondents GRANITE STATE INSRUANCE COMPANY, NEW HAMPSHIRE INSRUANCE COMPANY and THE INSURANCE COMPANY OF TH STATE OF PENNSYLVANIA |

IT IS HEREBY ORDERED THAT the Case Management Conference presently scheduled for October 27, 2006 at 2:00 p.m. is VACATED.

*[OR]*

IT IS HEREBY ORDERED THAT the Case Management Conference presently scheduled for October 27, 2006 at 2:00 p.m. is CONTINUED to December 15, 2006, 2006 at 2 p.m.

Dated: _____

/s/ Susan Illston
Hon. Susan Illston
Judge of the U.S. District Court